UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.: 1:14-cv-05277-ENV-SMG

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

    Plaintiffs,

vs.

SPECTRUM NEUROLOGY GROUP, LLC,
OMEGA NEUROLOGICAL ASSOCIATES,
LLC, MERIDIAN RADIOLOGY ASSOCIATES,
LLC, PROGRESSIVE DIAGNOSTIC, INC.,
CLEAR IMAGE, INC.,
PREMIER PROFESSIONAL SERVICES,
LLC, COMPREHENSIVE MEDICAL
GROUP, LLC, PREMIER HEALTH
SERVICES, LLC,
THE NEURO GROUP, LLC,
NEW WAVE DIAGNOSTIC, LLC,
PALMER MEDICAL, PC,
NEUROLOGY & RADIOLOGY
PARTNERS, PA,
AMERICAN NEUROLOGY & RADIOLOGY, PA,

    -and-

BRAD GOLDSTEIN, LAURENCE RUBIN, DENA
GOLDSTEIN, GLEN SKOLNIK, SUSAN EBY,
SUSAN WHITI EY, DAVE MANTOR, MELISSA
MANTOR, RUSSELL PACKARD

    -and-

SANFORD DAVIS, ALEXANDER LANDFIELD,
SAMANTHA MENDELSON, NIZAR SOUAYAH,
KEVIN CONNOR, MELVIN GROSSMAN, KEVIN DRAKE,

    Defendants.

_____/

**ANSWER TO THE COMPLAINT**

1

COMES NOW Defendant, Dr. Melvin Michael Grossman (hereinafter "GROSSMAN"), pursuant to applicable Fed.R.Civ.P., hereby files his Answers and Affirmative Defenses to Plaintiff's Complaint and states as follows:

1. GROSSMAN denies the allegations set forth in paragraphs one through six of the complaint.

2. GROSSMAN lacks sufficient knowledge as to the allegations in paragraph seven, but will deny them so as not to be admitted.

3. GROSSMAN lacks sufficient knowledge as to the allegations in paragraphs eight through forty-four, but will deny them so as not to be admitted.

4. GROSSMAN lacks sufficient knowledge as to the allegations in paragraphs forty-five through sixty-two, but will deny them so as not to be admitted.

5. GROSSMAN lacks sufficient knowledge as to the allegations in paragraphs sixty-three through seventy-seven, but will deny them so as not to be admitted.

6. GROSSMAN admits the allegations in paragraph seventy-eight.

7. GROSSMAN denies the allegations in paragraph seventy-nine.

8. GROSSMAN admits the allegation in regards to having an active practice in Florida, but denies all other allegations in paragraph eighty.

9. GROSSMAN lacks sufficient knowledge as to the allegations in paragraphs eighty-one through eighty-three, but will deny them so as not to be admitted.

10. GROSSMAN lacks sufficient knowledge as to the allegations in paragraphs eighty-four through eighty-five, but will deny them so as not to be admitted.

11. GROSSMAN denies the allegations in paragraphs eighty-six through five hundred seventy-four.

## AFFIRMATIVE DEFENSE

GROSSMAN and his office, Melvin Grossman, M.D., P.A., are in no way employed by or act as an independent contractor for or on behalf of the relevant aforementioned Defendants. GROSSMAN's office is a private business and the relevant aforementioned Defendants have used his services, but only in the capacity of a customer or client. GROSSMAN and his office are in no way related to the relevant aforementioned Defendants in any employer/employee or employer/independent contractor relationship. Furthermore, GROSSMAN has not in the past, nor does he currently diagnose, treat, evaluate, or see any client in New York or from New York on behalf of the relevant aforementioned Defendants. In addition, GROSSMAN has no knowledge of the relevant aforementioned Defendants specific or general intent in regards to any fraudulent activity in any way or for any purpose. GROSSMAN's sole dealings with the relevant aforementioned Defendants was via telephone calls from a company called Clear Image which asked his office to review neurological data and to interpret the data. GROSSMAN never saw any patients or diagnosed, evaluated, treated or saw any persons or patients in regards to this data. GROSSMAN only spoke with the company by phone and would be sent the data sheets by fax. *See* **Exhibit 1 (Sample Data Sheets from Clear Image)**. These data sheets simply contained raw data (i.e. numbers and graphs), a person's name, and their sex. GROSSMAN would only review the data, interpret it, and mail/fax/email back the interpretation results. GROSSMAN would bill them for the work performed. However, Plaintiff's salacious and libelous published accusations in regards to knowledge of fraud and collusion in any fraudulent activity is vehemently denied by GROSSMAN. Furthermore, Plaintiffs have provided no proof whatsoever in regards to their claims against GROSSMAN.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the court dismiss this action against defendant GROSSMAN for Plaintiff's abject failure to plead their claims of fraud with any real sufficiency and particularity, as well as their complete failure to provide any evidence at all in regards to their libelous accusations against defendant GROSSMAN.

DATED this 23rd day of October, 2014.

Respectfully Submitted,

_____
Melvin M. Grossman
Melvin M. Grossman, M.D., P.A.
4700 Sheridan St., Suite U
Hollywood, Florida 33021
Tel: (954) 962-6333
Fax: (954) 963-2442

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Answer to Complaint was furnished via USPS Express mail on this 24th day of October, 2014 to Barry I. Levy (BL 2190), Michael A. Sirignano (MS 5263) and Max Gershenoff (MG 4648) at RIVKIN RADLER LLP, 926 RXR Plaza, Uniondale, New York 11556.

Respectfully Submitted,

_____
Melvin M. Grossman
Melvin M. Grossman, M.D., P.A.
4700 Sheridan St., Suite U
Hollywood, Florida 33021
Tel: (954) 962-6333
Fax: (954) 963-2442

CASE NO.: 1:14-cv-05277-ENV-SMG

# EXHIBIT #1

# NERVE CONDUCTION STUDY

Test Date: 6/18/2014 ▪ Time: 8:45 AM ▪ Session: 1432

Patient Name: _____ Age: ___ Height: ___ ☑ Male ☐ Female ID: ___



COMMENTS: Lumbar Pain and spasam Numbness weakness Left Foot

# NERVE CONDUCTION STUDY

Test Date: 7/30/2014 ■ Time: 10:52 AM ■ Session: 1433

Patient Name: _____ Age: _____ Height: _____ ☐ Male ☐ Female ID: _____



COMMENTS: Low back pain radiating down legs

# NERVE CONDUCTION STUDY

Test Date: 8/7/2014 ■ Time: 3:22 PM ■ Session: 1434

Patient Name: _____   Age: ____   Height: ____   ☐ Male  ☐ Female   ID: _____



| | LEFT | RIGHT |
|---|---|---|
| **Motor Peroneal Ankle** (Limits of Normal: LAT 6.5 mS, AMP 2.0 mV) | Test No.: 5 — LAT NR ⚠, AMP NR ⚠ | Test No.: 1 — LAT 2.65 mS YES, AMP 2.65 mV YES |
| **Motor Tibial Ankle** (Limits of Normal: LAT 6.0 mS, AMP 2.0 mV) | Test No.: 7 — LAT 3.20 mS YES, AMP 12.50 mV YES | Test No.: 3 — LAT 2.90 mS YES, AMP 15.02 mV YES |
| **F-Wave Peroneal Ankle** (Limits of Normal: LAT 56.0 mS) | Test No.: 6 — LAT 45.85 mS YES | Test No.: 2 — LAT NR ⚠ |
| **F-Wave Tibial Ankle** (Limits of Normal: LAT 56.0 mS) | Test No.: 8 — LAT 46.90 mS YES | Test No.: 4 — LAT 48.65 mS YES |

COMMENTS: Low back pain with occassional numbness in left foot

# NERVE CONDUCTION STUDY

Test Date: 8/7/2014 ■ Time: 6:39 PM ■ Session: 1435

Patient Name: _____ Age: ____ Height: ____ ☐ Male ☐ Female  ID: _____



COMMENTS: low back pain with occasional numbness down right leg