UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al., | Docket No.: 1:14-cv-05277 (ENV)(SMG) |
| Plaintiffs, | |
| -against- | |
| SPECTRUM NEUROLOGY GROUP, LLC, et al., | |
| Defendants. | |

------------------------------------------------------------------------X

**NOTICE OF MOTION FOR DEFAULT JUDGMENT IN SUPPORT OF GEICO'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENTS AGAINST PREMIER PROFESSIONAL SERVICES, LLC, COMPREHENSIVE MEDICAL GROUP, LLC, AND PREMIER HEALTH SERVICES, LLC**

**PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 55(b)(2), granting default judgments against Defendants Premier Professional Services, LLC, Comprehensive Medical Group, LLC, and Premier Health Services, LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion shall be served within 14 days of service of these motion papers.

Dated: Uniondale, New York
April 29, 2015

Respectfully submitted,

RIVKIN RADLER LLP

By: _____
Barry Levy
Michael Sirignano
Joseph Sulzbach
926 RXR Plaza
Uniondale, NY 11556-0926
Tel.: (516) 357-3000
Fax: (516) 357-3333

*Counsel for Plaintiffs,
Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

3158156 v1