
## RIVKIN RADLER
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

May 12, 2015

**BY ECF**
Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Government Employees Insurance Company, et al. v. Spectrum Neurology Group, LLC, et al.*
        Docket No. 1:14-cv-05277(ENV)(SMG)
        RR File No.: 005100-00912

Dear Judge Vitaliano:

I am pleased to report that the Plaintiffs and Defendants identified in the attached stipulation have concluded the conditions associated with the settlement reached in this matter. Accordingly, we would request that the Court "So Order" the attached stipulation at Your Honor's convenience. Please note that there remain additional defendants in this case against whom plaintiffs' claims have not yet been concluded.

The Court's attention to this matter is greatly appreciated.

                Respectfully submitted,

                RIVKIN RADLER LLP

                Barry I. Levy

BIL/lg
Enclosure

cc:    Honorable Eric N. Vitaliano (Courtesy Copy, by mail)
       Honorable Magistrate Judge Steven M. Gold (by ECF)
       All Counsel (by ECF)

3179348v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

Application Granted
SO ORDERED
Brooklyn, New York
Dated: MAY 27 2015

s/ENV

Eric N. Vitaliano
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY
COMPANY,

Docket No.: 1:14-cv-05277
(ENV)(SMG)

               Plaintiffs,

-against-

SPECTRUM NEUROLOGY GROUP, LLC, et al.,

               Defendants.
----------------------------------------X

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and defendants, Brad Goldstein, Dena Goldstein, Alexander Landfield M.D., Samantha Mendelson M.D., Sanford Davis M.D., Spectrum Neurology Group, LLC, Omega Neurological Associates, LLC, Meridian Radiology Associates, LLC, and Palmer Medical, PC (collectively, "Defendants"), that Plaintiffs' claims against Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs and Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

This stipulation may be signed in counterparts. Facsimile or electronic signatures shall be treated as originals. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 12, 2015

RIVKIN RADLER LLP

By: _____
Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556
Tel. No.: (516) 357-3000

*Attorneys for Plaintiffs,*
*Government Employees Insurance Co.,*
*GEICO Indemnity Co., GEICO General*
*Insurance Company and GEICO Casualty*
*Co.*

KOPELOWITZ OSTROW PA

By: _____
Fred A. Schwartz
700 South Federal Highway, Suite 200
Boca Raton, FL 33432
Tel. No.: (561) 910-3070

*Attorneys for Defendants,*
*Brad Goldstein, Dena Goldstein,*
*Spectrum Neurology Group, LLC, Omega*
*Neurological Associates, LLC, and Meridian*
*Radiology Associates, LLC*

GUZOV LLC

By: _____
Debra J. Guzov
805 Third Avenue, 8th Floor
New York, NY 10022
Tel. No.: (212) 371-8008

*Attorneys for Defendants,*
*Alexander Landfield, Samantha Mendelson,*
*Sanford Davis, and Palmer Medical, PC*