

WWW.RIVKINRADLER.COM

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

May 16, 2015

**BY ECF**
Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Government Employees Insurance Company, et al. v. Spectrum Neurology Group, LLC, et al.*
       Docket No. 1:14-cv-05277(ENV)(SMG)
       RR File No.: 005100-00912

Dear Judge Vitaliano:

I am pleased to report that the Plaintiffs and Defendants identified in the attached stipulation have concluded the conditions associated with the settlement reached in this matter. Accordingly, we would request that the Court "So Order" the attached stipulation at Your Honor's convenience. Once again, I would note that there remain additional defendants in this case against whom plaintiffs' claims have not yet been concluded.

The Court's attention to this matter is greatly appreciated.

            Respectfully submitted,

            RIVKIN RADLER LLP

            Barry I. Levy

BIL/lg
Enclosure

cc: Honorable Eric N. Vitaliano (Courtesy Copy, by mail)
   Honorable Magistrate Judge Steven M. Gold (by ECF)
   All Counsel (by ECF)

3179348v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

Application Granted
SO ORDERED
Brooklyn, New York
Dated: MAY 27 2015
s/ENV

_____
Eric N. Vitaliano
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,

                            Plaintiffs,

       -against-

SPECTRUM NEUROLOGY GROUP, LLC, et al.,

                           Defendants.
----------------------------------------X

Docket No.:
1:14-cv-05277 (ENV)(SMG)

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and counsel for defendants, Laurence Rubin, Progressive Diagnostic, Inc., and Clear Image, Inc. (collectively, "Defendants"), that Plaintiffs' claims against Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs and Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action. This stipulation may be signed in counterparts. Facsimile or electronic signatures shall be treated as originals.

Dated: _____

| | |
|---|---|
| RIVKIN RADLER LLP | BLODNICK FAZIO & ASSOCIATES PC |
| By: _____<br>Barry I. Levy, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br>Tel. No.: (516) 357-3000<br>Fax No.: (516) 357-3333 | By: _____<br>Thomas R. Fazio, Esq.<br>1325 Franklin Ave., Suite 555<br>Garden City, New York 11530<br>Tel. No.: (516) 280-7105<br>Fax No.: (516) 280-7102 |
| *Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.* | *Counsel for Defendants, Laurence Rubin, Progressive Diagnostic, Inc., and Clear Image, Inc.* |