UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.,

                                  Plaintiffs,

      -against-

SPECTRUM NEUROLOGY GROUP, LLC, et al.,

                                  Defendant.

----------------------------------------------------------------X

Docket No.:
1:14-cv-05277 (ENV)(SMG)

**NOTICE OF VOLUNTARY DISMISSAL REGARDING DEFENDANT COMPREHENSIVE MEDICAL GROUP LLC PURSUANT TO F.R.C.P. 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "Plaintiffs") and their counsel hereby give notice that Plaintiffs voluntarily dismiss their claims against Defendant Comprehensive Medical Group LLC.

Dated: August 18, 2015

                                                        RIVKIN RADLER LLP

                                                        By: _____
                                                             Michael A. Sirignano, Esq.
                                                       926 RXR Plaza
                                                     Uniondale, New York 11556-0926
                                                     (516) 357-3000
                                                   *Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

3244378