UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,                Docket No.:
                                                         1:14-cv-05277 (ENV)(SMG)
                              Plaintiffs,

        -against-

SPECTRUM NEUROLOGY GROUP, LLC, et al.,

                              Defendants.
-------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL REGARDING AMERICAN NEUROLOGY & RADIOLOGY, PA PURSUANT TO F.R.C.P. 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "Plaintiffs") and their counsel hereby give notice that Plaintiffs voluntarily dismiss their claims against defendant American Neurology & Radiology, PA.

Dated: November 12, 2015

                                        RIVKIN RADLER LLP

                                        By: _____
                                             Michael A. Sirignano
                                        926 RXR Plaza
                                        Uniondale, New York 11556-0926
                                        (516) 357-3000
                                        *Counsel for Plaintiffs, Government Employees*
                                        *Insurance Co., GEICO Indemnity Co., GEICO General*
                                        *Insurance Company and GEICO Casualty Co.*

3296286 v1