UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,   Docket No.:
 1:14-cv-05277 (ENV)(SMG)
        Plaintiffs,

  -against-

SPECTRUM NEUROLOGY GROUP, LLC, et al.,

        Defendants.
-------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL REGARDING NEUROLOGY & RADIOLOGY PARTNERS, PA PURSUANT TO F.R.C.P. 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "Plaintiffs") and their counsel hereby give notice that Plaintiffs voluntarily dismiss their claims against defendant Neurology & Radiology Partners, PA.

Dated: November 12, 2015

                RIVKIN RADLER LLP

                By: _____
                  Michael A. Sirignano
                926 RXR Plaza
                Uniondale, New York 11556-0926
                (516) 357-3000
                *Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*