FILED
IN CLERK'S
US DISTRICT CO

☆ DEC 0 9 2015

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

Docket Entry No.: 1:14-cv-05277
(ENV)(SMG)

Plaintiffs,

-against-

SPECTRUM NEUROLOGY GROUP, LLC, et al.,

Defendants.
----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANTS GLEN SKOLNIK, SUSAN EBY, SUSAN WHITNEY, DAVE MANTOR, MELISSA MANTOR, THE NEURO GROUP, LLC AND NEW WAVE DIAGNOSTIC, LLC

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity

Company, GEICO General Insurance Company and GEICO Casualty Company (collectively

"Plaintiffs") and Defendants, Glen Skolnik, Susan Eby, Susan Whitney, Dave Mantor, Melissa

Mantor, The Neuro Group, LLC and New Wave Diagnostic, LLC (collectively, the "Skolnik

Defendants"), that Plaintiffs' claims against the Skolnik Defendants in this action are dismissed,

with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs and the Skolnik Defendants shall

each bear their own costs and counsel fees in connection with the prosecution and/or defense of

this action. This stipulation may be signed in counterparts. Facsimile or electronic signatures

shall be treated as originals.

Dated: November 29, 2015

RIVKIN RADLER LLP

By: _____
      Barry I. Levy (BL 2190)
      Michael A. Sirignano (MS 5263)
      Max Gershenoff (MG 4648)
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Counsel for Plaintiffs, Government
Employees Insurance Co., GEICO
Indemnity Co., GEICO General Insurance
Company and GEICO Casualty Co.*

MICHAEL J. ROSENBLATT, ESQ.

By: _____
      Michael J. Rosenblatt
444 East 82nd Street – Suite 6K
New York, NY 10028
(646) 226-0277
*Counsel for Defendants, Glen Skolnik,
Susan Eby, Susan Whitney, Dave Mantor,
Melissa Mantor, The Neuro Group, LLC
and New Wave Diagnostic, LLC*

DEC   8 2015

S O  O R D E R E D:

/s/ USDJ   VITALIANO

U.S.D.J.

_____, 2015

3271993 v1