FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 03 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, AND GEICO CASUALTY
CO.,

JUDGMENT
14-CV- 5277 (ENV)

                        Plaintiffs,

    -against-

SPECTRUM NEUROLOGY GROUP, LLC, OMEGA
NEUROLOGICAL ASSOCIATES, LLC, MERIDIAN
RADIOLOGY ASSOCIATES, LLC, PROGRESSIVE
DIAGNOSTIC, INC., CLEAR IMAGE, INC., PREMIER
PROFESSIONAL SERVICES, LLC,
COMPREHENSIVE MEDICAL GROUP, LLC,
PREMIER PROFESSIONAL SERVICES, LLC,
COMPREHENSIVE MEDICAL GROUP, LLC,
PREMIER HEALTH SERVICES, LLC, THE NEURO
GROUP, LLC, NEW WAVE DIAGNOSTIC, LLC,
PALMER MEDICAL, PC, NEUROLOGY &
RADIOLOGY PARTNERS, PA, AMERICAN
NEUROLOGY & RADIOLOGY, PA,

    -and-

BRAD GOLDSTEIN, LAURENCE RUBIN, DENA
GOLDSTEIN, GLEN SKOLNIK, SUSAN EBY,
SUSAN WHITNEY, DAVE MANTOR, MELISSA
MANTOR, RUSSELL PACKARD,

    -and-

SANFORD DAVIS, ALEXANDER LANDFIELD,
SAMANTHA MENDELSON, NIZAR SOUAYAH,
KEVIN CONNOR, MELVIN GROSSMAN, KEVIN
DRAKE,

                        Defendants.
------------------------------------------------------------------X

**JUDGMENT** 14-CV- 5277 (ENV)

      A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 18, 2016, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated February 17, 2016; granting Plaintiffs' motion for a default judgment with respect to defaulting Defendants, Premier Health and Premier Professional; awarding damages as set forth in the Report and Recommendation, and the declaratory judgment provides that Plaintiffs are not obligated to pay any outstanding fraudulent claims that Premier submitted to them for reimbursements; directing the Clerk of Court to enter judgment for Plaintiffs against Premier Health Service in the amount of $353,832.96, and against Premier Professional Services in the amount of $147,671.22, as well as awards of prejudgment interest at a rate of 9% per annum from dates listed in Tables 1 and 2 in the Court's Memorandum and Order, through the date of entry of judgment; and the Clerk of Court having calculated prejudgment interest against Defendant Premier Health Services, LLC from January 1, 2005 and the total prejudgment interest being $238,762.92; and the Clerk of Court having calculated prejudgment interest against Defendant Premier Professional Services, LLC from January 1, 2005 and the total prejudgment interest being $136,663.34; it is

      ORDERED and ADJUDGED that Plaintiffs' motion for a default judgment is granted; that judgment is hereby entered in favor of Plaintiffs Government Employees Insurance Co., Geico Indemnity Co., Geico General Insurance Company, and Geico Casualty Co., and against Defendants (a) Premier Health Services, LLC in the amount of $592,595.88; and against (b) Premier Professional Services, LLC in the amount of $284,334.56; and that it is further,

      ORDERED, ADJUDGED and DECREED that a declaratory judgment is hereby

**JUDGMENT** 14-CV- 5277 (ENV)

entered that Plaintiffs Government Employees Insurance Co., Geico Indemnity Co., Geico General Insurance Company, and Geico Casualty Co. are not obligated to pay any outstanding fraudulent claims that Premier Health Services, LLC and Premier Professional Services LLC submitted to them for reimbursement.

Dated: Brooklyn, New York  
       August 07, 2017

Douglas C. Palmer  
Clerk of Court

by:    /s/ *Janet Hamilton*  
        Deputy Clerk